UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL KENT,

                Plaintiff,

  v.

HOLLEY CORYELL,

                Defendant.

No. 3:16-CV-05020-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 25).

(2)     Plaintiff's Motion to Dismiss (Dkt. 23) is granted and this case is dismissed without prejudice. All remaining motions (Dkt. 14, 15) are denied as moot.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 3rd day of January, 2017. .

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1